Kanessha ROBINSON,
Claimant/Appellant,

v.

NATIONAL ARCHIVES AND REC-
ORDS ADMINISTRATION and Divi-
sion of Employment Security, Respon-
dents.

No. ED 94710.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 29, 2010.

Kanessha Robinson, St. Louis, MO, pro
se

National Archives & Records, c/o UC
Express, St. Louis, MO, Michael Pritchett,
(Div. of Employment Security), Jefferson
City, MO, for respondents.

KENNETH M. ROMINES, Chief
Judge.

Kanessha Robinson (Claimant) appeals
the Labor and Industrial Relations Com-
mission's (Commission) decision regarding
her application for unemployment benefits.
We dismiss the appeal.

A deputy of the Division of Employment
Security (Division) concluded that Claim-
ant was ineligible for unemployment bene-
fits. She appealed to the Appeals Tribunal
of the Division, which dismissed her ap-
peal. Claimant then filed an application
for review with the Commission, which
dismissed her application for review.
Claimant filed a notice of appeal to this
Court. The Division has filed a motion to
dismiss Claimant's appeal, asserting it is
untimely. Claimant has not filed a re-
sponse to the motion.

Section 288.210, RSMo 2000, requires
that a claimant file a notice of appeal to
this Court from the Commission's decision
within twenty days of the decision becom-
ing final. The Commission's decision be-
comes final ten days after it is mailed to
the parties. Section 288.200.2, RSMo
2000. Here, the Commission mailed its
decision to Claimant on February 17, 2010.
Therefore, the notice of appeal to this
Court was due on or before March 18,
2010. Sections 288.200.2, 288.210.

Claimant mailed her notice of appeal to
the Commission. Under section 288.240,
RSMo 2000, a notice of appeal that is
mailed to the Commission is "deemed to be
filed as of the date endorsed by the United
States post office on the envelope...."
Here the date endorsed by the United
States post office was April 10, 2010. As a
result, Claimant's notice of appeal is un-
timely under section 288.200.

Unemployment benefits are solely a
creature of statutory provision. *Martinez
v. Lea–Ed, Inc.*, 155 S.W.3d 809, 810 (Mo.
App. E.D.2005). The unemployment stat-
utes do not provide for the late filing of the
notice of appeal and do not recognize any
exceptions for filing out of time. *McCuin
Phillips v. Clean–Tech*, 34 S.W.3d 854, 855
(Mo.App. E.D.2000).

The Division's motion to dismiss is
granted. The appeal is dismissed.

NANNETTE A. BAKER, J. and ROY
L. RICHTER, J., concur.